1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

SAM CONSIGLIO, JR.,

10
              Plaintiff,

11
       v.

12
COALINGA STATE HOSPITAL, INC., et al.,

13

14
              Defendants.

15

1:18-cv-00669-BAM (PC)

ORDER TO SUBMIT A NON-PRISONER
APPLICATION TO PROCEED IN FORMA
PAUPERIS OR PAY THE $400.00 FILING FEE
WITHIN THIRTY DAYS

16        Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C.

17   § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq.

18   are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.

19   *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

20        Plaintiff initiated this action on May 15, 2018.  Plaintiff also submitted an application to

21   proceed in forma pauperis pursuant to 28 U.S.C. § 1915, for a prisoner. Plaintiff must submit his

22   request on the proper form for the Court to consider it.

23        Accordingly, IT IS HEREBY ORDERED that:

24        1. The Clerk's Office shall send to plaintiff an application to proceed in forma pauperis

25   for a **non-prisoner**;

26        2. Within thirty days of the date of service of this order, plaintiff shall submit the

27   completed and signed application to proceed in forma pauperis for a non-prisoner, or in the

28   alternative, pay the $400.00 filing fee for this action; and

1

3.    <u>Failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **May 17, 2018**           /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE