# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO, JR., <br><br> Plaintiff, <br><br> v. <br><br> COALINGA STATE HOSPITAL, INC., et al., <br><br> Defendant. | Case No. 1:18-cv-00669-BAM (PC) <br><br> ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AS A NON-PRISONER <br><br> (ECF No. 5) <br><br> ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS AS A PRISONER AS MOOT <br><br> (ECF No. 2) |

Plaintiff Sam Consiglio, Jr. ("Plaintiff") is a civil detainee appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff initiated this action on May 15, 2018. That same day, Plaintiff submitted an application to proceed *in forma pauperis* by a prisoner. (ECF No. 2.) On May 17, 2018, the Court issued an order directing Plaintiff to either pay the $400.00 filing fee or submit an application to proceed *in forma pauperis* on the appropriate form. (ECF No. 4.) Currently before the Court is Plaintiff's motion to proceed *in forma pauperis* as a non-prisoner, filed May 29, 2018. (ECF No. 5.)

1

Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis* as a non-prisoner, (ECF No. 5) is GRANTED. The motion to proceed *in forma pauperis* by a prisoner, (ECF No. 2) is DENIED as moot. Plaintiff's complaint will be screened in due course.

IT IS SO ORDERED.

Dated: **May 31, 2018** /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE