1
2
3
4
5
6
7 # UNITED STATES DISTRICT COURT

8 ## EASTERN DISTRICT OF CALIFORNIA

9

10 SAM CONSIGLIO, JR.,                              Case No. 1:18-cv-00669-BAM

11            Plaintiff,

12     v.                                          ORDER TO SHOW CAUSE WHY THIS
                                                   ACTION SHOULD NOT BE DISMISSED,
13 COALINGA STATE HOSPITAL, INC., et               WITH PREJUDICE, FOR FAILURE TO
   al.,                                            OBEY A COURT ORDER, FAILURE TO
14                                                 PROSECUTE, AND FAILURE TO STATE A
            Defendants.                            COGNIZABLE CLAIM
15
16                                                 (Doc. No. 8)

17                                                 **TWENTY (20) DAY DEADLINE**

18

19         Plaintiff Sam Consiglio, Jr. is a civil detainee at Coalinga State Hospital proceeding *pro se*

20 and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.

21         On November 30, 2018, the Court issued a screening order finding that Plaintiff's

22 complaint fails to state a cognizable claim for relief, and granting leave to file an amended

23 complaint within thirty (30) days. (Doc. No. 8.) The Court expressly warned Plaintiff that the

24 failure to file an amended complaint in compliance with the Court's order would result in this

25 action being dismissed, with prejudice, for failure to obey a court order and the failure to state a

26 claim upon which relief may be granted. (*Id*. at 6.) The deadline for Plaintiff to file an amended

27 complaint has passed, and he has not complied with the Court's order or otherwise communicated

28 with the Court.

Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause in writing, within **twenty (20) days** of service of this order, why this action should not be dismissed for failure to comply with the Court's November 30, 2018 order, the failure to prosecute, and the failure to state a claim upon which relief may be granted. Plaintiff can comply with this order to show cause by filing an amended complaint in compliance with the November 30, 2018 order. **<u>The failure to comply with this order will result in the dismissal of this action</u>**.

IT IS SO ORDERED.

Dated: __**January 14, 2019**__                    ___/s/ *Barbara A. McAuliffe*___
                                                                        UNITED STATES MAGISTRATE JUDGE